UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TAJH WASHINGTON and CHRISTOPHER DAVALOS,

Defendants.

**ORDER**

22 Cr. 45 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendant Christopher Davalos will take place on **February 1, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The arraignment of Defendant Tajh Washington will take place on **February 1, 2022 at 3:00 p.m.** by telephone.[1]

Dated: New York, New York
January 27, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.