UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **O R D E R** |
| TAJH WASHINGTON, | : | **22 Cr. 45 (PGG)** |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of Peter Enrique Quijano, attorney for Tajh Washington, for an order authorizing the appointment of Kestine Thiel, Esq. as Associate Counsel, *nunc pro tunc* to September 13, 2021; and, to bill at a rate of ninety dollars ($90.00) an hour.

**I T   I S   H E R E B Y   O R D E R E D,** that:

1. **KESTINE THIEL, Esquire**, is appointed, as Associate Counsel in U.S. v. Tajh Washington, 22 Cr. 45 (PGG), *nunc pro tunc to September 13, 2021*.

2. **KESTINE THIEL, Esquire** is authorized to bill at the rate of ninety dollars ($90.00) an hour, *nunc pro tunc to to September 13, 2021*.

3. **KESTINE THIEL, Esquire** is authorized to file interim eVouchers.

DATED:   New York, New York
         January 28, 2022

_____
**HONORABLE PAUL G. GARDEPHE**
**UNITED STATES DISTRICT JUDGE**