UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TAJH WASHINGTON,

              Defendant.

**ORDER**

22 Cr. 45-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The change-of-plea hearing for Defendant Tajh Washington is adjourned to **October 25, 2022 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

       Upon the application of the United States of America, by and through Assistant United States Attorney Mitzi S. Steiner, and with the consent of Defendant Tajh Washington, by and through his counsel, it is ordered that the time from September 27, 2022 through October 25, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the parties to prepare for the scheduled change-of-plea hearing and to engage in further discussions regarding the Defendant's pretrial disposition.

Dated: New York, New York
       September 21, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge