UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>TAJH WASHINGTON,<br><br>                    Defendants. | **ORDER**<br><br>22 Cr. 45 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Tajh Washington's sentencing will take place on **December 21, 2023 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Any sentencing submission on behalf of the Defendant is due by **December 7, 2023**. The Government's sentencing submission is due by **December 14, 2023**.

The Probation Department is directed to prepare a presentence investigation report for Defendant Tajh Washington.

Dated:  New York, New York
        October 6, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge