UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TAJH WASHINGTON,

               Defendant.

**ORDER**

22 Cr. 45-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing for Defendant Tajh Washington is adjourned from January 17, 2024, to **February 14, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  The Government's sentencing submission will now be due by January 31, 2024.

Dated: New York, New York
       January 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge