UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>TAJH WASHINGTON,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 45-1 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing for Defendant Tajh Washington is adjourned from February 14, 2024, to **March 12, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The Government's sentencing submission will now be due by **March 1, 2024**.

Dated: New York, New York
       January 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge