UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TAJH WASHINGTON,

               Defendant.

**ORDER**

22 Cr. 45-1 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing for Defendant Tajh Washington is adjourned from March 12, 2024, to **April 5, 2024, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  The Government's sentencing submission will now be due by **March 27, 2024.**

Dated: New York, New York
      March 4, 2024

SO ORDERED.

*Paul S. Gardephe* (signature)

Paul G. Gardephe
United States District Judge